IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATH LYNN SCHMOECKEL,<br><br>Defendant. | CR 23-22-M-DWM<br><br>ORDER |

Defendant Heath Lynn Schmoeckel has filed an unopposed motion to continue the initial appearance and arraignment scheduled for June 29, 2023. Accordingly, and good cause appearing,

IT IS ORDERED that the motion (Doc. 16) is GRANTED and Defendant's initial appearance and arraignment are rescheduled for 8:30 a.m. on June 29, 2023, at the Russell Smith Courthouse in Missoula.

DATED this 21st day of June, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

1