IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-22-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| HEATH LYNN SCHMOECKEL, | |
| Defendant. | |

The United States' having filed an Unopposed Motion for Final Order of Forfeiture, (Doc. 37), the Court finds:

1.     The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.     A Preliminary Order of Forfeiture was entered on October 3, 2023. (Doc. 33.)

3.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).   (Doc. 38.)

4.     Crystal Zier filed a claim for both the Ruger LC9S Pistol CAL:9 SN: 32781338 and the Palmetto State Armory Custom-15 Rifle CAL: Multi SN: GOBBLE1514 on October 13, 2023 (Doc. 34.).   The United States agrees that Ms.

1

Zier's petition should be granted and that both identified firearms should be returned to her.

5. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 37) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- 28 Rounds Unknown Ammunition CAL: 762

3. Pursuant to the petition filed by Crystal Zier on October 13, 2023, and agreement by the government, the United States is directed to return the Ruger LC9S Pistol CAL:9 SN: 32781338 and the Palmetto State Armory Custom-15 Rifle CAL: Multi SN: GOBBLE1514 to Ms. Zier.

4. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this ___ day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court